NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.S.,                                          )
                                               )
                Appellant,                     )
                                               )
v.                                             )          Case No. 2D18-1222
                                               )
STATE OF FLORIDA,                              )
                                               )
                Appellee.                      )
_____ )


Opinion filed February 15, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michael J. Scionti,
Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.